IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZA REID and TRACY WATERS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>              v.<br><br>GMC SKIN CARE USA, INC. d/b/a G.M. COLLIN,<br><br>    Defendant. | Civ. Action No..: 8:15-cv-277 (BKS/CFH)<br><br>Judge Brenda K. Sannes<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>**No Oral Argument Unless Directed by the Court** |

    PLEASE TAKE NOTICE that Defendant GMC Skin Care USA, Inc. dba G.M. Collin will move this Court on May 21, 2015 at 10:00 a.m., or as soon thereafter as the matter can be taken under submission, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing with prejudice all claims alleged in the Complaint for failure to state a claim on which relief may be granted or dismissing with prejudice all alleged claims for lack of subject matter jurisdiction, lack of standing, or because they are preempted by federal law.

Dated:  April 23, 2015                          By:     *s/ Alex Tomasevic*
                                                                               Craig Nicholas
                                                                                   Alex Tomasevic
                                                                                   Attorneys for Defendant
                                                                                   NICHOLAS & TOMASEVIC, LLP
                                                                                   225 Broadway, 19th Floor
                                                                                   San Diego, CA 92101
                                                                                   Telephone: (619) 325-0492
                                                                                   Facsimile: (619) 325-0496
                                                                                   Email:  atomasevic@nicholaslaw.org