IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZA REID and TRACY WATERS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMC SKIN CARE USA INC. d/b/a G.M. COLLIN,<br><br>Defendant. | Civ. Action No.: 8:15-cv-00277-BKS-CFH<br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs ELIZA RIED and TRACY WATERS, on behalf of themselves and all others similarly situated ("Plaintiffs"), through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to any class claims.  Each party shall bear its own fees and costs.  Further, the terms of the Settlement Agreement entered into between the parties to this action are hereby incorporated in this Stipulation.

Dated:  July 19, 2017         By:     */s/ Ronald A. Marron*
                                      Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (*pro hac vice*)
ron@consumersadvocates.com
651 Arroyo Dr.
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Antonio Vozzolo
*avozzolo@vozzolo.com*
**VOZZOLO, LLC**
345 Route 17 South
Upper Saddle River, New Jersey 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
*Attorneys for Plaintiffs and the Putative Class*


By:   */s/ Craig M. Nicholas*
   **NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas
Alex M. Tomasevic
*(pro hac vice pending)*
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org


Jonathan Chen
**THE LAW OFFICES OF JONATHAN CHEN**
136-56 39th Avenue, Ste. 302B
Flushing, NY 11354
Telephone: (212) 983-9330
attyjc@gmail.com
*Attorneys for Defendant*


IT IS SO ORDERED:

*/s/ Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge

Dated: July 26, 2017
   Syracuse, NY